OTIS CORBETT, Respondent, *v.* THE SPRING GARDEN INSURANCE COMPANY, Appellant.

*Corbett* v. *Spring Garden Ins. Co.*, 40 App. Div. 628, affirmed.
(Argued April 22, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edgar J. Nathan* and *Michael H. Cardozo* for appellant.

*John E. Parsons* and *Francis Dwight Dowley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.

---

EDWARD HITCHCOCK, Respondent, *v.* THE CITY OF SYRACUSE, Appellant.

*Hitchcock* v. *City of Syracuse*, 41 App. Div. 623, affirmed.
(Argued April 25, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 8, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*James S. Thorn* and *M. Z. Haven* for appellant.

*Canfield I. Reymon* and *George H. Sears* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, LANDON and CULLEN, JJ. Not sitting: MARTIN, J.